UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

FILED
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TENN.
JUN 20 2018
BY _____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | NO. 3:18-00146 |
| v. ) | |
| ) | 18 U.S.C. § 871(a) |
| ANDREW LONG RYAN ) | |

# INDICTMENT

## COUNT ONE

THE GRAND JURY CHARGES:

On or about May 28 and May 29, 2018, in the Middle District of Tennessee, **ANDREW LONG RYAN** did knowingly and willfully make a threat to take the life of, to kidnap, and to inflict bodily harm upon the President of the United States, specifically, by posting threats to the President on Facebook.

In violation of Title 18, United States Code, Section 871.

## COUNT TWO

THE GRAND JURY FURTHER CHARGES:

On or about May 29, 2018, in the Middle District of Tennessee, **ANDREW LONG RYAN** did knowingly and willfully make a threat to take the life of, to kidnap, and to inflict bodily harm upon the President of the United States, specifically, by posting a threat to the President on Twitter.

In violation of Title 18, United States Code, Section 871.

A TRUE BILL

███████████████

FOREPERSON

DONALD Q. COCHRAN
UNITED STATES ATTORNEY

BEN SCHRADER
ASSISTANT UNITED STATES ATTORNEY